# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 19-3608
_____

Designworks Homes, Inc.; Charles Lawrence James

Plaintiffs - Appellants

v.

Columbia House of Brokers Realty, Inc., doing business as House of Brokers, Inc., doing business as Jackie Bulgin & Associates; Shannon L. O'Brien; Nicole Waldschlager; Deborah Ann Fisher; John Doe I; Jacqueline Bulgin, doing business as Jackie Bulgin; Carol S. Denninghoff

Defendants - Appellees

------------------------------

National Association of Realtors

Amicus on Behalf of Appellee(s)
_____

No: 20-1099
_____

Designworks Homes, Inc.; Charles Lawrence James

Plaintiffs - Appellants

v.

Susan Horak, doing business as The Susan Horak Group Re/Max Boone Realty; Boone Group, Ltd., doing business as Re/Max Boone Realty

Defendants - Appellees

------------------------------

National Association of Realtors

Amicus on Behalf of Appellee(s)
_____

No: 20-3104
_____

Designworks Homes, Inc.; Charles Lawrence James

Plaintiffs - Appellants

v.

Columbia House of Brokers Realty, Inc., doing business as House of Brokers, Inc., doing business as Jackie Bulgin & Associates; Shannon L. O'Brien; Nicole Waldschlager; Deborah Ann Fisher; John Doe I; Jacqueline Bulgin, doing business as Jackie Bulgin; Carol S. Denninghoff

Defendants - Appellees

------

No: 20-3107

------

Designworks Homes, Inc.; Charles Lawrence James

Plaintiffs - Appellants

v.

Susan Horak, doing business as The Susan Horak Group Re/Max Boone Realty; Boone Group, Ltd., doing business as Re/Max Boone Realty

Defendants - Appellees

------

Appeals from U.S. District Court for the Western District of Missouri - Jefferson City
(2:18-cv-04090-BCW)
(2:18-cv-04093-BCW)

------

**JUDGMENT**

Before GRUENDER, ARNOLD, and STRAS, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the court's orders awarding the defendants costs and attorney's fees are vacated, and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

August 16, 2021

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
           /s/ Michael E. Gans